UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
KEVIN R. KELLY,                         )
                                        )
              Plaintiff,                )
                                        )
       v.                               )        Civil Action No. 05-0900 (PLF)
                                        )
HECTOR V. BARRETO,                      )
Administrator, United States Small      )
Business Administration,                )
                                        )
              Defendant.                )
_____)

AMENDED ORDER

        This matter is before the Court on plaintiff's motion for leave to file a first

amended complaint and defendant's motion for judgment on the pleadings.  Upon consideration

of the arguments of the parties, it is hereby

        ORDERED that plaintiff's motion for leave to file a first amended complaint [13]

is GRANTED;  it is

        FURTHER ORDERED that defendant's motion for judgment on the pleadings [9]

is GRANTED in part and DENIED in part,  and that Counts I, II, and III of plaintiff's first

amended complaint are DISMISSED without prejudice.

An Opinion explaining the reasoning underlying this Amended Order will issue this same day.

SO ORDERED.


_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  September 5, 2006