UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

__Kevin R. Kelly__
Plaintiff

vs.                                    Civil Action No. __05-900 (PLF)__

__Karen H. Mills, Administrator__
__United States Small Business Administration__
Defendant

## NOTICE OF APPEAL

Notice is hereby given this __5th__ day of __Feb.__, 20__10__, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the __6th__ day of __Jan.__, 20__10__

in favor of __Defendant__

against said __Plaintiff__

__Kevin Kelly__
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Harry B. Roback, D.C. Bar #485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, DC 20530
Tel: 202 616-5309
harry.roback@usdoj.gov

RECEIVED
FEB - 5 2010
Clerk, U.S. District and
Bankruptcy Courts